UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

James Reinholdt, Jr.,

   Plaintiff,

vs.            ORDER ADOPTING
               REPORT AND RECOMMENDATION

Jo Anne B. Barnhart, Commissioner
of Social Security,

   Defendant.     Civ. No. 05-2434 (PJS/RLE)

* * * * * * * * * * * * * * * * *

  Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

  1. That the Plaintiff's Motion [Docket No. 11] for Summary Judgment is denied.

  2. That the Defendant's Motion [Docket No. 19] for Summary Judgment is granted.


Dated: 01/24/07            s/Patrick J. Schiltz
                    Patrick J. Schiltz, Judge
                    United States District Court